United States District Court
Southern District of Texas
**ENTERED**
March 28, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal Case 1:19–po–01839 |
| | § | |
| Esteban Cortes–Martinez | § | |

## ORDER FINDING PROBABLE CAUSE

The Court, having reviewed the complaint, signed under perjury by the issuing officer, together with supporting affidavits and/or other factual information, finds probable cause to believe that an offense has been committed and that the defendant committed it.

DONE at Brownsville, Texas, on **March 28, 2019**.

_____
Ignacio Torteya, III
United States Magistrate Judge