United States District Court
Southern District of Texas
**ENTERED**
March 28, 2019
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

UNITED STATES OF AMERICA

                Plaintiff

v.                        Case No.: 1:19−po−01839
                        Magistrate Judge Ignacio Torteya III

Esteban Cortes−Martinez

                Defendant

## JUDGMENT

On **March 28, 2019**, the above−named defendant appeared in person and with counsel, Assistant Federal Public Defender.

Whereupon the defendant entered a plea of guilty to the offense of **illegal entry into the United States, in violation of 8 U.S.C. §1325(a)(1),** as charged in the **Complaint**; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby placed on **probation without supervision for a period of one(1) year** with a special condition of no 1) unlawful returns to the United States, 2) unlawful attempts to return to the United States and 3) no violations of federal and/or state laws; and

**$10.00 special assessment is imposed.**

DONE at Brownsville, Texas, on **March 28, 2019**.

_____
Ignacio Torteya, III
United States Magistrate Judge